```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

**CONNIE BERRY, Individually**
**and as Administrator of the**
**ESTATE OF ERIC W. BERRY**                                    **PLAINTIFF**

**v.**                         **Case No. 12-2269**

**BRANDON DAVIS, Individually;**
**THE CITY OF FORT SMITH, ARKANSAS;**
**THE CITY OF FORT SMITH BOARD OF**
**DIRECTORS; and THE CITY OF FORT**
**SMITH, ARKANSAS POLICE DEPARTMENT**                          **DEFENDANTS**

### ORDER

Now before the Court are the Motion to Dismiss and supporting brief (docs. 17-18) filed by Separate Defendants The City of Fort Smith Board of Directors and The City of Fort Smith, Arkansas Police Department.  Separate Defendants contend they were not involved in the death of Eric Berry and are not entities capable of being sued and should be dismissed from this suit.  Further, that the naming of these Separate Defendants is superfluous as the City of Fort Smith is a defendant.  Plaintiff failed to file a timely response to the motion.

The Eighth Circuit has held that dismissal of a police department is proper in a § 1983 action because a police department is only a "subdivision of the City" and, therefore, not a "jurisdictional [entity] suable as such." *Ketchum v. City of West Memphis,* 974 F.2d 81, 82 (8th Cir. 1992).  Accordingly, the motion (doc. 17) is **GRANTED** and Plaintiff's claims against

Separate Defendants are **DISMISSED WITH PREJUDICE**.  Plaintiff's claims against Brandon Davis, individually, and the City of Fort Smith, Arkansas, remain.

    IT IS SO ORDERED this 3rd day of June 2013.

                                    */s/ Robert T. Dawson*
                                    Honorable Robert T. Dawson
                                    United States District Judge