```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

CONNIE BERRY and J.W. BERRY, Individually
and as Co-Administrators of the
Estate of ERIC W. BERRY                              PLAINTIFFS


        v.              CASE NO. 12-2269


BRANDON DAVIS and
THE CITY OF FORT SMITH                               DEFENDANTS

## O R D E R

Now on this 12th day of July 2013, comes on for consideration Plaintiffs' Motion to Enlarge Scheduling Order (doc. 27) and Motion to Permit Substitution of Parties (doc. 28). Also before the Court are Defendants' Responses (docs. 29-30).

The Court, being well and sufficiently advised, and for good cause shown, finds Plaintiffs' motion to enlarge Scheduling Order (doc. 27) is well taken and should be GRANTED. This matter is removed from the September 9, 2013, trial docket and is reset for a bench trial during the week beginning **November 4, 2013.** Additionally, the discovery deadline is extended to **August 1, 2013,** and the dispositive motion deadline is extended to **August 8, 2013.** All other deadlines in the Final Scheduling Order are adjusted in accordance with the new trial date.

Plaintiffs' Motion to Permit Substitution of Parties (doc. 28) is GRANTED to the extent that J.W. Berry is added as a plaintiff as

Co-administrator of Eric Berry's estate.  Connie Berry remains as a plaintiff.

IT IS SO ORDERED this 12th day of July 2013.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge
